U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN 1 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SYLMANI BANGURA | ) | CIVIL ACTION NO: 07-1764 |
| A# 094164276 | ) | |
| | ) | |
| VERSUS | ) | JUDGE MINALDI |
| | ) | |
| ALBERTO GONZALES, ET AL | ) | MAGISTRATE JUDGE WILSON |

## ORDER

Considering the Motion to Dismiss filed by the Respondents;

**IT IS ORDERED** that the Motion is GRANTED, and this case is dismissed without prejudice.

**THUS DONE AND SIGNED** this _17_ day of _Jan_, 2008, at Lake Charles, Louisiana.

_____
UNITED STATES DISTRICT JUDGE